CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Brandon Adam Farrell**<br>DOB: 2006; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-3602MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 15, 2026, in the District of Arizona, **Brandon Adam Farrell**, knowing and in reckless disregard of the fact that certain illegal aliens, Ivan Garcia-Morales, Israel Rivera-Guerrero and Cristian Eduardo Dionisio-Ordonez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 15, 2026, in the District of Arizona (Why), at approximately 6:20 p.m. Border Patrol Agents (BPAs) observed a grey in color Mercedes bearing California license plate driving northbound on State Route 85 (SR85). This vehicle matched the description of a Mercedes bearing California license plate that was observed traveling northbound at a high rate of speed and then abruptly stopped and dropped off three suspected illegal aliens (IA) along SR85 only moments prior. BPAs apprehended the three subjects that were observed bailing out. Those subjects, identified as Ivan Garcia-Morales, Israel Rivera-Guerrero, and Cristian Eduardo Dionisio-Ordonez, all admitted to being citizens and nationals of Guatemala and Mexico. Record checks revealed Garcia, Rivera, and Dionisio do not possess the proper documentation to enter, pass through, or remain in the United States legally. Once the Mercedes passed the BPAs location, they started following to initiate a vehicle stop. The vehicle failed to yield, and BPAs began a vehicle pursuit. BPAs set up ahead of the pursuit with a vehicle immobilization device (spikes) to try to incapacitate the vehicle as it passed their location. The spike on the vehicle was successful, and the vehicle came to a stop shortly after. The driver was then identified as **Brandon Adam Farrell.**

Material witness Ivan Garcia-Morales stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He illegally crossed into the U.S. on June 15, 2026, with four other people which included a foot guide. They followed the guide for approximately five to six hours to a parking area where a car would take them to Phoenix, Arizona. The group waited approximately 15 minutes when a vehicle arrived. The guide told the group to get inside the vehicle, and he went into the back seat. Only the driver was in the vehicle when it arrived. Another person from the group sat in the front passenger seat. The guide did not get inside the vehicle. He felt the car accelerate at higher rate of speed and the driver informed the front passenger to get out. The vehicle stopped and the man sitting next to him told him to get out. Three people got out of the vehicle and traveled in separate directions. He was shown a series of pictures and did not recognize anyone in the series of pictures.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Ivan Garcia-Morales, Israel Rivera-Guerrero and Cristian Eduardo Dionisio-Ordonez

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 16, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.**

Material witness Israel Rivera-Guerrero stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States and was going to pay $1,000 USD. He illegally crossed into the U.S. on June 15, 2026, with four other people which included a foot guide. He did not know who was guiding the group. He explained that he remained at the rear of the group during the journey due to pain in his knees. Upon arriving at the vehicle, he sat next to the driver but could not provide a description of the driver, claiming that he was experiencing tunnel vision at the time. He was shown a photographic six-pack but was unable to identify the driver.

Material witness Cristian Eduardo Dionisio-Ordonez stated he is a citizen and national of Guatemala. He made arrangements in Mexico to be smuggled into the United States, paid $5,000 USD upfront and owed an additional $15,000 USD. He illegally crossed into the U.S. on June 15, 2026, with four other people which included a foot guide. The group walked for approximately 35 minutes before being picked up by a gray vehicle, while the foot guide remained behind. He was shown a photo six pack and was able to point out the driver as **Brandon Adam Farrell.**

After waving his *Miranda Rights*, **Brandon Adam Farrell** stated a friend introduced him to an individual involved in alien smuggling. He stated that the individual in person at an undisclosed location in the Foothills area of Arizona. During the meeting, the individual explained the smuggling operation and informed **Farrell** of the compensation he would receive. **Farrell** was offered $600 for each undocumented alien he transported to the Phoenix area. He was not provided with the exact drop-off location. He was instructed to travel to a gas station near the Lukeville Port of Entry. He arrived at approximately 12:00 p.m. and waited for approximately two hours before the undocumented aliens entered his vehicle. The coordinator provided him with instructions over the phone while he was in route to the drop-off location and during the subsequent pursuit by BPAs. **Farrell** was instructed to drop off the undocumented aliens and continue driving, advising him that BPAs would be more focused on the undocumented aliens than on him. He was instructed, by the coordinator, to increase his speed and attempt to flee, who explained that the agents' attention would be diverted toward the undocumented aliens, thereby providing him an opportunity to evade apprehension.